```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
RHONDA WOITOVICH,                                                    :
                                                                     :
                                Plaintiff,                           :       22-CV-1742 (JMF)
                                                                     :
                -v-                                                  :            ORDER
                                                                     :
LYDIA SCHOENFELD et al.,                                             :
                                                                     :
                                Defendants.                          :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      On May 9, 2022, Defendant Lydia Schoenfeld filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

      Accordingly, it is hereby ORDERED that Plaintiff shall file any amended complaint by **May 31, 2022**. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

      If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss. If Defendants files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendants files a new motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

      If no amended complaint is filed, Plaintiff shall file any opposition to the motion to dismiss by **May 31, 2022**. Defendant's reply, if any, shall be filed by **June 7, 2022**.

      Finally, it is further ORDERED that the initial pretrial conference previously scheduled for June 21, 2022, is adjourned *sine die*.

      SO ORDERED.

Dated: May 10, 2022  
      New York, New York

                                                          JESSE M. FURMAN  
                                                         United States District Judge