```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
RHONDA WOITOVICH,                                                    :
                                                                     :
                                Plaintiff,                           :     22-CV-1742 (JMF)
                                                                     :
                -v-                                                  :     ORDER
                                                                     :
LYDIA SCHOENFELD et al.,                                             :
                                                                     :
                                Defendants.                          :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

In light of Defendant's new motion to dismiss, *see* ECF No. 36, Defendant's earlier motion to dismiss filed at ECF No. 17 is hereby DENIED as moot.

SO ORDERED.

Dated: August 29, 2022
       New York, New York

_____
JESSE M. FURMAN
United States District Judge