UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RHONDA WOITOVICH,

                Plaintiff,

            -v-

LYDIA SCHOENFELD,

                Defendant.
------------------------------------------------------------------X

22-CV-1742 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      Plaintiff is granted leave to file a sur-reply **limited to** Defendant's argument, made for the first time in her reply, that, under New York law, a co-trustee cannot state a claim for damages with respect to the administration of a trust against a co-trustee. *See* ECF No. 41, at 9-10. Any sur-reply shall not exceed **five pages** and shall be filed by **December 6, 2022**.

      SO ORDERED.

Dated: November 29, 2022
       New York, New York

                                              JESSE M. FURMAN
                                           United States District Judge