```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
RHONDA WOITOVICH,                                                      :
                                                                       :
                              Plaintiff,                               :     22-CV-1742 (JMF)
                                                                       :
                -v-                                                    :     SCHEDULING ORDER
                                                                       :
LYDIA SCHOENFELD,                                                      :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for **January 23, 2023,** at **10:00 a.m.**, is RESCHEDULED for **January 31, 2023**, at **10:00 a.m.**, via teleconference.  To access the conference, the parties should call 888-363-4749 and use access code 5421540#.  Members of the press and public may call the same number but will not be permitted to speak during the conference.  The parties are reminded to follow the procedures for teleconferences described in the Court's Individual Rules and Practices for Civil Cases (which are available at https://nysd.uscourts.gov/hon-jesse-m-furman), including Rule 3(B)(i), which requires the parties, no later than 24 hours before the conference, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of those who may speak during the teleconference and the telephone numbers from which they expect to join the call.

      The Clerk of Court is directed to terminate ECF No. 54.

      SO ORDERED.

Dated: January 19, 2023  
      New York, New York

                                                    JESSE M. FURMAN  
                                                  United States District Judge