UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
RHONDA WOITOVICH, :
:
:
Plaintiff, :
: 22-CV-1742 (JMF)
-v- :
: ORDER
:
LYDIA SCHOENFELD, :
:
Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

  Pursuant to the Court's May 15, 2023 Order, *see* ECF No. 59, the parties were required to file a **joint letter**, the contents of which are described in ECF No. 57, by May 18, 2023. To date, the parties have not filed the required joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **Monday, May 22, 2023**, at **10 a.m.**

  SO ORDERED.

Dated: May 19, 2023
   New York, New York

                           _____
                             JESSE M. FURMAN
                           United States District Judge