UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
RHONDA WOITOVICH, :
:
Plaintiff, :   22-CV-1742 (JMF)
:
-v- :   ORDER
:
LYDIA SCHOENFELD, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- The deadline to complete fact discovery is extended to June 9, 2023. The expert discovery deadline remains the same (July 5, 2023). **No further extensions of either date will be granted.**

- All other dates and deadlines remain in effect, including the deadlines for the filing of summary judgment motions or a joint pretrial order set forth in the Case Management Plan.

SO ORDERED.

Dated: May 24, 2023
New York, New York

_____
JESSE M. FURMAN
United States District Judge